LAWRENCE G. BROWN
Acting United States Attorney
JASON EHRLINSPIEL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2743

Attorneys for Defendant,
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL GONZALEZ, Jr., *et al*, | No. 1:09-cv-00509 LJO-BAK [SMS] |
| Plaintiff, | **STIPULATION OF EXTENSION FOR TIME TO RESPOND TO COMPLAINT AND ORDER** |
| v. | |
| UNITED STATES OF AMERICA, *et al.* | **SCHEDULING CONFERENCE HEARING**<br>Old Date: June 18, 2009 |
| Defendant. | **NEW DATE: AUGUST 4, 2009**<br>**TIME: 10:00 a.m.**<br>**Before:   Judge Snyder,**<br>                 **Courtroom #7 in Fresno** |

        Plaintiff Miguel Gonzalez Jr. (a minor by and through his guardian ad litem, Maria

Gonzalez) through his counsel of record, and Defendant United States of America, through its

counsel of record, hereby stipulate and agree that the United States Response to the Complaint

currently due on <u>May 24, 2009</u> be extended to <u>June 24, 2009.</u>

                                        Respectfully submitted,


                                        LAWRENCE G. BROWN
                                        Acting United States Attorney

Dated:   April 21, 2009          By:     */s/ Jason Ehrlinspiel*
                                        JASON EHRLINSPIEL

Assistant U.S. Attorney

Attorneys for Defendant,
United States of America

Dated: April 21, 2009

By:  */s/ Thomas E. Donahue*
     Thomas E. Donahue
     Donahue & Horrow, LLP

Attorneys for Plaintiff,
Miguel Gonzalez, Jr.
(A minor by and through his guardian ad litem,
Maria Gonzalez.)

**The Scheduling Conference hearing of June 18, 2009 is continued to August 4, 2009**

**at 10:00 A.M. before Judge Snyder in Courtroom #7, Fresno, California.**

IT IS SO ORDERED.

**Dated:   April 27, 2009**          **/s/ Sandra M. Snyder**
                                     UNITED STATES MAGISTRATE JUDGE