1 | Thomas E. Donahue (SBN 156279)
2 | Nichole D. Podgurski (SBN 251240)
    DONAHUE & HORROW, LLP
3 | 1960 E. Grand Ave., Suite 1215
    El Segundo, California 90245
4 | Telephone: (310) 322-0300
    Fax: (310) 322-0302
5 | Email: tdonahue@donahuehorrow.com
    Email: npodgurski@donahuehorrow.com
6
7 | Attorneys for Plaintiffs MIGUEL GONZALEZ, JR.,
    a minor, by and through his guardian ad litem,
    Maria Gonzalez, MARIA GONZALEZ and
8 | MIGUEL GONZALEZ

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL GONZALEZ, JR., a minor by and through his guardian ad litem, Maria Gonzalez, *et al*., | CASE NO. 1:09-cv-00509 LJO BAK [SMS] |
| Plaintiffs, | |
| v. | **STIPULATION AND ORDER BY THE PARTIES TO ALLOW PLAINTIFFS TO FILE FIRST AMENDED COMPLAINT** |
| UNITED STATES OF AMERICA and DOES 1 through 300, inclusive | |
| Defendant. | |

\\\

\\\

\\\

\\\

\\\

\\\

This stipulation is entered into by Thomas Donahue on behalf of Plaintiffs MIGUEL GONZALEZ, JR., a minor, by and through his guardian ad litem, Maria Gonzalez, MARIA GONZALEZ and MIGUEL GONZALEZ and Jason Ehrlinspiel on behalf of Defendant the UNITED STATES OF AMERICA.

It is hereby stipulated that Plaintiffs may file a First Amended Complaint that is identical to the present Complaint as to Defendant USA, except that the complaint shall be modified to name necessary parties KERN MEDICAL CENTER and GURVIR KHURANA, M.D.

IT IS SO STIPULATED.

                                        Respectfully submitted,

                                        LAWRENCE G. BROWN
                                        United States Attorney

Dated: August 11, 2009        By:    */s/ Jason Ehrlinspiel*
                                        JASON EHRLINSPIEL
                                        Assistant U.S. Attorney
                                        Attorneys for Defendant

Dated: August 11, 2009        DONAHUE & HORROW, LLP

                                     By:    */s/ Thomas E. Donahue*
                                        THOMAS E. DONAHUE
                                        NICHOLE D. PODGURSKI
                                        Attorneys for Plaintiffs

**IT IS SO ORDERED.**

**Dated: September 11, 2009**            **/s/ Sandra M. Snyder**
                                        **UNITED STATES MAGISTRATE JUDGE**