# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| MIGUEL GONZALEZ, JR., et al., | CASE NO. 1:09-cv-00509-LJO-SKO |
| Plaintiffs, | **ORDER GRANTING PARTIES' STIPULATED REQUEST FOR AN AMENDMENT TO THE SCHEDULE** |
| v. | |
| UNITED STATES OF AMERICA, et al., | (Docket No. 41) |
| Defendants. / | |

On January 19, 2011, the parties filed a stipulated request that deadlines associated with discovery be extended by 15 days. The Court will GRANT the parties' stipulated request with one modification. The parties propose that the expert discovery deadline be continued until July 11, 2011. However, the deadline for filing non-dispositive motions is June 24, 2011. To accommodate an extension of the expert discovery deadline, the Court will also extend the deadline for filing non-dispositive motions as set forth below. The deadlines for dispositive motions, the Pre-Trial Conference, and the Trial date **remain unchanged**.

The parties' amended schedule is as follows:

1. Non Expert Discovery         February 15, 2011
2. Expert Disclosure            March 2, 2011

| | | | |
|---|---|---|---|
| 1 | 3. | Rebuttal Expert disclosure | March 29, 2011 |
| 2 | 4. | Supp. Expert Disclosure | May 2, 2011 |
| 3 | 5. | Expert Discovery | July 11, 2011 |
| 4 | 6. | Non-Dispositive Motion Filing | July 13, 2011 |
| 5 | 7. | Dispositive Motion Filing | July 22, 2011 |
| 6 | 8. | Pre-Trial Conference | September 15, 2011 |
| 7 | 9. | Trial | October 31, 2011 |

IT IS SO ORDERED.

**Dated:   January 20, 2011**                                        **/s/ Sheila K. Oberto**
                                                                                    UNITED STATES MAGISTRATE JUDGE

2