1 BENJAMIN B. WAGNER
United States Attorney
2 JASON EHRLINSPIEL
Assistant U.S. Attorney
3 501 I Street, Suite 10-100
Sacramento, CA  95814
4 Telephone: (916) 554-2743
Facsimile:  (916) 554-2900
5

6 Attorneys for the United States of America

7
UNITED STATES DISTRICT COURT
8
FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11 MIGUEL GONZALEZ, JR., a minor by | CASE NO.:1:09-cv-00509 LJO-SKO
and through his guardian ad litem,
12 Maria Gonzalez, *et al*.,

13 Plaintiffs, | **STIPULATION AND ORDER TO EXTEND DEFENDANTS' EXPERT DESIGNATION DEADLINE AND REBUTTAL DESIGNATION DEADLINE**

14 v.

15 UNITED STATES OF AMERICA,
GURVIR KHURANA, M.D.; KERN
16 MEDICAL CENTER; *and* DOES 1
through 300, inclusive
17                             Defendants.

18

19
COMES NOW THE PARTIES by and through their respective attorneys and
20
21 subject to the approval of this Court, hereby agree to and respectfully request the

22 below modifications and/or amendments to this Court's Amended Status (Pretrial

23 Scheduling) Order. Docket Entry ("DE") 43.  The parties submit that this request is

24 made for good cause and not for delay.

25
1. Defendants' deadline to designate expert witnesses is moved from March
26
27     29, 2011 to April 4, 2011; and

28

**STIPULATION TO EXTEND DEFENDANTS' EXPERT DESIGNATION**

2. The parties' deadline to designate supplemental experts is moved from May 2, 2011 to May 6, 2011.

IT IS SO STIPULATED.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Dated: March 18, 2011   By:   */s/ Jason Ehrlinspiel*
JASON EHRLINSPIEL
Assistant U.S. Attorney
Attorneys for Defendant

Dated: March 18, 2011         DONAHUE & HORROW, LLP

By:   */s/ Nicole D. Podgurski*
THOMAS E. DONAHUE
NICHOLE D. PODGURSKI
Attorneys for Plaintiffs

LeBEAU-THELEN, LLP

Dated: March 18, 2011   By:   */s/ Kevin E. Thelen*
KEVIN E. THELEN

Attorneys for Defendant
Gurvir Khurana, M.D.

Office of the County Counsel, County of Kern

Dated: March 18, 2011   By:   */s/ Jennifer Esquivel Zahry*
JENNIFER ESQUIVEL ZAHRY

Attorneys for Defendant
Kern Medical Center

IT IS SO ORDERED.

Dated:   **March 21, 2011**           /s/ Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE

**STIPULATION TO EXTEND DEFENDANTS' EXPERT DESIGNATION**