Dennis R. Thelen, SBN 83999
Melissa H. Brown, SBN 252591
LAW OFFICES OF
LEBEAU • THELEN, LLP
5001 East Commercenter Drive, Suite 300
Post Office Box 12092
Bakersfield, California 93389-2092
(661) 325-8962; Fax (661) 325-1127

Attorneys for Defendant
Gurvir Khurana, M.D.

# THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL GONZALEZ, JR., a minor by and through his guardian ad litem, Maria Gonzalez, MARIA GONZALEZ and MIGUEL GONZALEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA; GURVIR KHURANA, M.D.; KERN MEDICAL CENTER; and DOES 1 through 300, inclusive,<br><br>Defendants. | CASE NO.: 1:09-cv-00509 LJO-SKO<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANTS' EXPERT DESIGNATION DEADLINE AND REBUTTAL DESIGNATION DEADLINE**<br><br><br>Case Filed:    March 18, 2009<br>Trial Date:    October 31, 2011<br>Magistrate:   Judge Sheila K. Oberto |

COMES NOW THE PARTIES by and through their respective attorneys of record and subject to the approval of this Court, hereby agree to and respectfully request the below modifications and/or amendments to this Court's Amended Status (Pretrial Scheduling) Order Docket Entry ("DE") 43. The parties submit that this request is made for good cause and not for delay.

1. Defendants' deadline to designate jointly retained experts in the fields of pediatric physiatry, life care planning, and economics is moved from April 4, 2011 to April 11, 2011; and

2. Plaintiffs' deadline to designate a supplemental or rebuttal experts in the fields of pediatric physiatry, life care planning, and economics is moved from May 6, 2011 to May

13, 2011.

The parties agree that this stipulation can be signed or executed electronically, by facsimile signature, and/or in counterpart.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: March 23, 2011         LeBEAU • THELEN, LLP

                              /s/ Dennis R. Thelen, Esq
                              By:_____
                              DENNIS R. THELEN, ESQ.
                              Attorneys for Defendant
                              GURVIR KHURANA, M.D.

Dated: March 24, 2011         BENJAMIN B. WAGNER
                              United State Attorney

                              /s/ Jason Ehrlinspiel, Esq
                              By:_____
                              JASON EHRLINSPIEL, ESQ.
                              Assistant U.S. Attorney
                              Attorneys for Defendants
                              UNITED STATES OF AMERICA, LUIS LOPEZ,
                              M.D., and CLINICA SIERRA VISTA

Dated: March 23, 2011         DONAHUE & HORROW, LLP

                              /s/ Nichole D. Podgurski, Esq.
                              By:_____
                              THOMAS E. DONAHUE, ESQ.
                              NICHOLE D. PODGURSKI, ESQ.
                              Attorneys for Plaintiffs

Dated: March 28 , 2011

                              /s/ Jennifer Zahry, Esq
                              By:_____
                              JENNIFER ZAHRY, ESQ.
                              JOHN JURICH, ESQ.
                              Attorneys for Defendants
                              KERN MEDICAL CENTER

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANTS' EXPERT DESIGNATION DEADLINE AND REBUTTAL DESIGNATION DEADLINE**

**ORDER**

The parties' request for a modification to the schedule is GRANTED. The parties are ADMONISHED that the Court will not entertain any further requests for modification to the schedule without affidavits or declarations showing **truly good cause** for the modification sought.

IT IS SO ORDERED.

**Dated:   March 30, 2011**              /s/ Sheila K. Oberto
                                     UNITED STATES MAGISTRATE JUDGE