BENJAMIN B. WAGNER
United States Attorney
JASON EHRLINSPIEL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2743
Facsimile:  (916) 554-2900

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL GONZALEZ, JR., a minor by and through his guardian ad litem, Maria Gonzalez, *et al.*,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, GURVIR KHURANA, M.D.; KERN MEDICAL CENTER; *and* DOES 1 through 300, inclusive<br>　　　　　　　　　　Defendants. | CASE NO.:1:09-cv-00509 LJO-SKO<br><br>***REVISED* STIPULATION AND ORDER TO EXTEND DEFENDANTS' EXPERT DESIGNATION DEADLINE AND REBUTTAL DESIGNATION DEADLINE** |

　　　　COMES NOW THE PARTIES by and through their respective attorneys and subject to the approval of this Court, hereby agree to and respectfully request the below modifications and/or amendments to this Court's Amended Status (Pretrial Scheduling) Order. Docket Entry ("DE") 43 so that all Defendants' experts designations will now occur on the same date and that all parties supplemental designations will occur on the same date.  The parties submit that this request is made for good cause and not for delay.

**STIPULATION TO EXTEND DEFENDANTS' EXPERT DESIGNATION**

1. Defendants' deadline to designate expert witnesses is moved from April 4, 2011 to **April 11, 2011**; and

2. The parties' deadline to designate supplemental experts is moved from May 6, 2011 to **May 13, 2011**.

IT IS SO STIPULATED.

                                                  Respectfully submitted,

                                                  BENJAMIN B. WAGNER
                                                  United States Attorney

Dated: March 31, 2011    By:    */s/ Jason Ehrlinspiel*
                                                  JASON EHRLINSPIEL
                                                  Assistant U.S. Attorney
                                                  Attorneys for Defendant

Dated: March 31, 2011           DONAHUE & HORROW, LLP

                                 By:     */s/ Nichole D. Podgurski*
                                                  THOMAS E. DONAHUE
                                                  NICHOLE D. PODGURSKI
                                                  Attorneys for Plaintiffs

                                                  LeBEAU-THELEN, LLP

Dated: March 31, 2011    By:    */s/ Kevin E. Thelen*
                                                  KEVIN E. THELEN
                                                  Attorneys for Defendant
                                                  Gurvir Khurana, M.D.

                                                  Office of the County Counsel, County of Kern

Dated: March 31, 2011    By:    */s/ Jennifer Esquivel Zahry*
                                                  JENNIFER ESQUIVEL ZAHRY
                                                  Attorneys for Defendant
                                                  Kern Medical Center

IT IS SO ORDERED.

   Dated:    **April 5, 2011**                             **/s/ Sheila K. Oberto**
                                                  UNITED STATES MAGISTRATE JUDGE

**STIPULATION TO EXTEND DEFENDANTS' EXPERT DESIGNATION**