THOMAS E. DONAHUE (SBN 156279)
NICHOLE D. PODGURSKI (SBN 251240)
DONAHUE & HORROW, LLP
1960 E. Grand Ave., Suite 1215
El Segundo, California 90245
Telephone: (310) 322-0300
Facsimile: (310) 322-0302
Email: tdonahue@donahuehorrow.com
Email: npodgurski@donahuehorrow.com

Attorneys for Plaintiffs MIGUEL GONZÁLEZ, JR., a minor, by and through his guardian ad litem, Maria Gonzalez, MARIA GONZALEZ and MIGUEL GONZALEZ

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL GONZALEZ, JR., a minor, by and through his guardian ad litem, Maria Gonzalez, MARIA GONZALEZ and MIGUEL GONZALEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, GURVIR KHURANA, M.D.; KERN MEDICAL CENTER; and DOES 1 through 300, inclusive,<br><br>Defendants. | Case No. 1:09-cv-00509 LJO SKO<br><br>**JOINT STIPULATION OF THE PARTIES TO CONTINUE HEARING ON PETITION DUE TO CHANGE IN ANNUITY STRUCTURE AND UNAVAILABILITY OF COUNSEL; DECLARATION OF THOMAS E. DONAHUE; ORDER**<br><br>(Filed concurrently with Declaration of Thomas E. Donahue In Support Thereof) |

TO THE HONORABLE COURT:

All parties in this action, by and through their counsel of record, hereby agree and stipulate as follows:

1.  On November 2, 2011, Maria Gonzalez ("Petitioner"), as the court-

– 1 –

appointed guardian *ad litem* of the named minor, Plaintiff Miguel Gonzalez, Jr. ("Miguel"), filed a petition to approve the proposed settlement between Miguel and the United States of America ("United States") (Docs. Nos. 64-66). The hearing was set for November 30, 2011 at 9:30 a.m.

2. On November 10, 2011, Defendant County of Kern, erroneously sued in the name of its agency, Kern Medical Center, filed a statement of non-opposition to the petition for approval of the proposed settlement between Miguel and the United States. (Doc. 66.)

3. On November 17, 2011 this Court ordered as follows:

    a. The Petitioner is DIRECTED to file a supplemental brief on or before November 29, 2011, as set forth below.

    b. Any response to the supplemental brief that any party elects to file may be submitted on or before December 2, 2011.

    c. The hearing on the Petition is RESET to December 7, 2011, in Courtroom 7, at 9:30 a.m.

4. The Petition proposes that a portion of the settlement funds be used to purchase an annuity. The annuity structure obtained and monthly benefit amount set forth in the petition assumes a hearing date on the Petition of November 30, 2011 and a funding date of January 13, 2012. The annuity structure assumes that the government will need at least 45 days from the date of the order on the petition until the annuity can be funded. Because of the continued hearing date of December 7,

DONAHUE & HORROW, LLP

2011, counsel for Petitioner has been advised the annuity structure will change. Counsel for Petitioner need additional time to obtain revised annuity quotes and submit the revisions to the court thereafter.

5. In addition, Thomas E. Donahue, Counsel for Petitioner and Miguel are unavailable on December 7, 2011 as Mr. Donahue is scheduled to appear at the hearing on the Petition for Minor's Compromise in another matter in Dept. 7 of the Superior Court for the State of California, County of Tulare, Case No. 10-236520, *Klomp v. Foxe, M.D., et. al.*

6. Counsel has met and conferred and due to unavailability of counsel the parties respectfully request that the hearing date on the Petition be continued until January 4, 2011 and that the briefing schedule be amended in accordance with the new hearing date as follows:

    a. The Petitioner must file a supplemental brief on or before December 16, 2011, and address the issues set forth in the Court's order of November 17, 2011;

    b. Any response to the supplemental brief that any party elects to file may be submitted on or before December 21, 2011.

    c. The hearing on the Petition is continued to January 4, 2012, in Courtroom 7, at 9:30 a.m.

7. The parties submit that this request is being made for good cause so as to permit a hearing date on the Petition that all counsel, including counsel for Petitioner

– 3 –

and Miguel, are available and to allow time to submit and review revised annuity proposals based on the continued hearing date.

IT IS SO STIPULATED.

                                                UNITED STATES ATTORNEY

Dated:      November 28, 2011      By: */s/ Jason Ehrlinspiel*
                                                Jason Ehrlinspiel
                                                *Attorneys for Defendant United States of America*

                                                PATTERSON, LOCKWOOD, HARRIS, JURICH & HILLYER, LLP

Dated:      November _28, 2011      By: */s/ John A. Jurich*
                                                John A. Jurich
                                                *Attorneys for Defendant County of Kern (erroneously sued as Kern Medical Center)*

                                                COUNTY COUNSEL OF THE COUNTY OF KERN, STATE OF CALIFORNIA

Dated:      November _28, 2011      By: */s/ Jennifer E. Zahry*
                                                Jennifer E. Zahry
                                                *Attorneys for Defendant County of Kern (erroneously sued as Kern Medical Center)*

                                                DONAHUE & HORROW, LLP

Dated:      November _28, 2011      By: */s/ Thomas E. Donahue*
                                                Thomas E. Donahue
                                                Nichole D. Podgurski
                                                *Attorneys for Plaintiffs Miguel Gonzales, Jr., a minor, by and through his guardian ad litem, Maria Gonzalez, Maria Gonzalez, and Miguel Gonzalez*

DONAHUE & HORROW, LLP

# ORDER

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. The Petitioner shall file a supplemental brief on or before December 16, 2011, addressing the issues set forth in the Court's November 17, 2011, order;

2. Any response to the supplemental brief that any party elects to file may be filed on or before December 21, 2011; and

3. The December 7, 2011, hearing on the Petition is CONTINUED to **January 4, 2012, in Courtroom 7, at 9:30 a.m**.

IT IS SO ORDERED.

Dated:   **November 29, 2011**          **/s/ Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE