BENJAMIN B. WAGNER
United States Attorney
JASON S. EHRLINSPIEL
Assistant U.S. Attorney
United States Attorney's Office
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2743
Facsimile:   (916) 554-2900

Attorneys for Defendants,
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL GONZALEZ, Jr., *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA, *et al.*<br><br>  Defendants. | Case No.: 1:09-CV-00509 LJO-SKO<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO PLAINTIFFS' CLAIMS AGAINST THE UNITED STATES** |

Pursuant to the terms of a written compromise settlement and release of claims, Rule 41 (a)(1) of the Federal Rules of Civil Procedure, Local Rule 16-160 of the U.S. District Court for the Eastern District of California and the Court's January 24, 2012 Order [Docket Entry No. 74], Plaintiffs and the United States of America hereby stipulate that the claims against the United States of America in the above-captioned action shall be dismissed with prejudice, and that each party shall bear their own costs and fees.

This resolution of the claim does not dispose of all remaining claims and this matter shall continue in regards to Plaintiffs' claims against any remaining Defendants in either State or Federal Court.

Stipulation for Dismissal with Prejudice

**IT IS SO STIPULATED.**

|  |  |
|---|---|
|  | BENJAMIN B. WAGNER<br>UNITED STATES ATTORNEY |
| Executed this day of March 28, 2012 | */s/ Jason Ehrlinspiel*<br>JASON EHRLINSPIEL<br>Assistant U.S. Attorney |
|  | Attorneys for Defendant,<br>United States of America |
| Executed this day of March 28, 2012 | */s/ Nicole Podgurski*<br>THOMAS E. DONAHUE<br>NICHOLE PODGURSKI<br>Donahue & Horrow LLP |
|  | Attorneys for Plaintiffs |

**ORDER**

Based on the parties stipulation, this Court:

1. DISMISSES with prejudice this action against the United States of America;
2. ORDERS the remaining parties, no later than April 6, 2012, to file a joint status report to indicate how they intend to litigate remaining claims, including remand to state court and whether they stipulate to such remand; and
3. DIRECTS the clerk not to close this action at this time.

IT IS SO ORDERED.

Dated:   **March 28, 2012**          */s/ Lawrence J. O'Neill*
                                     UNITED STATES DISTRICT JUDGE

Stipulation for Dismissal with Prejudice