IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL GONZALEZ, JR., et al., | CASE NO. CV F 09-0509 LJO SKO |
| Plaintiffs, | ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO OBEY ORDER |
| vs. | (Doc. 78.) |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

This Court's March 28, 2012 order required the remaining parties, no later than April 6, 2012, to file a joint status report to indicate how they intend to litigate remaining claims, including remand to state court and whether they stipulate to such remand. The parties have disobeyed the March 28, 2012 order in failing to file a required status report. This Court's Local Rule 11-110 provides that failure to comply with an order of this Court "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Accordingly, this Court ORDERS the parties, no later than April 17, 2012, to file papers to show cause why sanctions, including dismissal of claims or monetary sanctions, should not be imposed for failure to comply with the March 28, 2012 order. This order to show cause will be discharged if, no later than April 17, 2012, the parties file a required joint status report.

This Court ADMONISHES the parties and counsel that they are required to observe and comply with the Federal Rules of Civil Procedure and this Court's Local Rules and orders and are subject to sanctions as this Court deems appropriate.

IT IS SO ORDERED.

**Dated:   April 10, 2012**                    /s/ Lawrence J. O'Neill

1

1 UNITED STATES DISTRICT JUDGE
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28