1

2

3

4                     **IN THE UNITED STATES DISTRICT COURT**

5                     **FOR THE EASTERN DISTRICT OF CALIFORNIA**

6

7    MIGUEL GONZALEZ, JR., et al.,              CASE NO. CV F 09-0509 LJO SKO

8                    Plaintiffs,                ORDER TO SHOW CAUSE WHY SANCTIONS
                                                SHOULD NOT BE IMPOSED FOR FAILURE TO
9         vs.                                   OBEY ORDER
                                                (Doc. 78.)
10   UNITED STATES OF AMERICA, et al.,

11                   Defendants.
     _____/
12

13        This Court's March 28, 2012 order required the remaining parties, no later than April 6, 2012,

14   to file a joint status report to indicate how they intend to litigate remaining claims, including remand to

15   state court and whether they stipulate to such remand.  The parties have disobeyed the March 28, 2012

16   order in failing to file a required status report.  This Court's Local Rule 11-110 provides that failure to

17   comply with an order of this Court "may be grounds for imposition by the Court of any and all sanctions

18   authorized by statute or Rule or within the inherent power of the Court."

19        Accordingly, this Court ORDERS the parties, no later than April 17, 2012, to file papers to show

20   cause why sanctions, including dismissal of claims or monetary sanctions, should not be imposed for

21   failure to comply with the March 28, 2012 order.  This order to show cause will be discharged if, no later

22   than April 17, 2012, the parties file a required joint status report.

23        This Court ADMONISHES the parties and counsel that they are required to observe and comply

24   with the Federal Rules of Civil Procedure and this Court's Local Rules and orders and are subject to

25   sanctions as this Court deems appropriate.

26

27   IT IS SO ORDERED.

28   **Dated:    April 10, 2012                        /s/ Lawrence J. O'Neill**

                                      1

1                                    UNITED STATES DISTRICT JUDGE