**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL GONZALEZ, JR., by and through his guardian ad litem, MARIA GONZALEZ, et al., | CASE NO. CV F 09-0509 LJO SKO |
| Plaintiff, | **ORDER TO REMAND ACTION** (Doc. 83.) |
| vs. | |
| COUNTY OF KERN, | |
| Defendant. | |
| _____/ | |

Based on the remaining parties' stipulation, this Court REMANDS this action to the Kern County Superior Court. This remand order divests this Court of jurisdiction and vests jurisdiction with the Kern County Superior Court. *See* 28 U.S.C. § 1447(c); *In re Lowe*, 102 F.3d 731, 735 (4th Cir. 1996) ("the plain language of the statute, the policy behind it, and logic all support the conclusion that § 1447 divests a district court of jurisdiction upon the entry of its remand order"); *Van Ryn v. Korean Air Lines*, 640 F.Supp. 284, 285 (C.D.Cal.1985).

This Court further DISCHARGES its April 10, 2012 order to show cause. This Court DIRECTS the clerk to take necessary steps to remand this action to the Kern County Superior Court, Metropolitan Division, 1415 Truxtun Avenue, Bakersfield, CA 93301-4172 and to close this U.S. District Court action.

IT IS SO ORDERED.

**Dated:     April 12, 2012**                    **/s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE

1